IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Ricardo Santillan,** § § | | |
| Plaintiff, § § | | |
| v. § § | | Civil Action No. 4:10-2118 |
| **Houston Independent School District** § § § | | |
| Defendant. § | | |

## FINAL JUDGMENT

For the reasons stated in the Court's Order (**Instrument No. 86),** signed on the  25th day of August, 2013, the action is **DISMISSED.**

**THIS IS A FINAL JUDGMENT.**

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the  25th day of August, 2013, at Houston, Texas.

_____
**VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE**

1