AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| Ricardo Santillan | ) | |
| | ) | |
| v. | ) | Case No.: 4:10-2118 |
| Houston Independent School District | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___08/26/2013___ against ___Plaintiff Ricardo Santillan___,
                                                                     *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................. | $ _____ |
| Fees for service of summons and subpoena ................................. | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 1,539.80 |
| Fees and disbursements for printing ........................................... | _____ |
| Fees for witnesses *(itemize on page two)* ................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................................... | _____ |
| Docket fees under 28 U.S.C. 1923 ............................................ | _____ |
| Costs as shown on Mandate of Court of Appeals ......................... | _____ |
| Compensation of court-appointed experts ................................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs *(please itemize)* ..................................................... | _____ |
| **TOTAL** | $ 1,539.80 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid

[ ] Other:

s/ Attorney: *Paul A. Lamp*

Name of Attorney: Paul A. Lamp

For: ___Houston Independent School District___          Date: 8/26/2013
       *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*          *Deputy Clerk*          *Date*

# UNITED STATES DISTRICT COURT
# BILL OF COSTS ITEMIZATION
# RICARDO SANTILLAN V. HOUSTON INDEPENDENT SCHOOL DISTRICT
# C.A. NO. 4:10-CV-2118

**Fees of the Court Reporter for all or any part of the transcript necessarily obtained for use in the case:**

| | |
|---|---|
| Deposition transcript of Ricardo Santillan | $899.80 |
| Videotape of the Deposition of Ricardo Santillan | $640.00 |

**TOTAL**                                                       **$1,539.80**

# INVOICE

FOX Reporting, Inc.
4550 Post Oak Place, Suite 201
Houston, TX 77027
Phone:713-622-1580  Fax:281-768-5540

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16898 | 2/22/2013 | 14060 |
| Job Date | Case No. | |
| 2/6/2013 | 4:10-CV-2118 | |

| Case Name |
|---|
| RICARDO SANTILLAN V. HOUSTON INDEPENDENT SCHOOL DISTRICT |

| Payment Terms |
|---|
| Due upon receipt |

Paul Lamp
Rogers, Morris & Grover
5718 Westheimer, Suite 1200
Houston, TX 77057

FOR THE ORIGINAL & 1 COPY OF THE DEPOSITION OF:
RICARDO SANTILLAN                                                           899.80

                                               TOTAL DUE >>>        $899.80

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.

To pay your Invoice on-line please go to:

http://fox-reporting.reporterbase.com/attorney

We appreciate your business.

PAID
AMEX
3-6-13



Phone: 713-960-6000   Fax:713-960-6025

*Please detach bottom portion and return with payment.*

Paul Lamp
Rogers, Morris & Grover
5718 Westheimer, Suite 1200
Houston, TX 77057

Invoice No.   : 16898
Invoice Date  : 2/22/2013
**Total Due**  : $ 899.80

Remit To: **FOX Reporting, Inc.**
          4550 Post Oak Place, Suite 201
          Houston, TX 77027

Job No.    : 14060
BU ID      : MAIN
Case No.   : 4:10-CV-2118
Case Name  : RICARDO SANTILLAN V. HOUSTON
             INDEPENDENT SCHOOL DISTRICT

# INVOICE

FOX Reporting, Inc.
4550 Post Oak Place, Suite 201
Houston, TX 77027
Phone:713-622-1580 Fax:281-768-5540

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16850 | 2/14/2013 | 14081 |
| Job Date | Case No. | |
| 2/6/2013 | 4:10-CV-2118 | |

| Case Name |
|---|
| RICARDO SANTILIAN V. HOUSTON INDEPENDENT SCHOOL DISTRICT |

| Payment Terms |
|---|
| Due upon receipt |

Paul Lamp
Rogers, Morris & Grover
5718 Westheimer, Suite 1200
Houston, TX 77057

FOR THE VIDEOTAPE OF THE DEPOSITION OF:
RICARDO SANTILIAN                                           640.00

TOTAL DUE >>>          $640.00

PAID
AMEX
2-21-13

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.

To pay your Invoice on-line please go to:

http://fox-reporting.reporterbase.com/attorney

We appreciate your business.

Phone: 713-960-6000   Fax:713-960-6025

*Please detach bottom portion and return with payment.*

Paul Lamp
Rogers, Morris & Grover
5718 Westheimer, Suite 1200
Houston, TX 77057

Invoice No.  : 16850
Invoice Date : 2/14/2013
**Total Due**  : $ 640.00

Remit To: **FOX Reporting, Inc.**
4550 Post Oak Place, Suite 201
Houston, TX 77027

Job No.    : 14081
BU ID      : VIDEO
Case No.   : 4:10-CV-2118
Case Name  : RICARDO SANTILIAN V. HOUSTON INDEPENDENT SCHOOL DISTRICT